Byrne J. Decker CA Bar No. 337052
BDecker@maynardnexsen.com
MAYNARD NEXSEN
41 Hutchins Drive, Bldg. 3
Portland, ME 04102
Telephone: 207-835-4069

Jenny H. Wang CA Bar No. 191643
JWang@maynardnexsen.com
MAYNARD NEXSEN
10100 Santa Monica Blvd., Ste 500
Los Angeles, CA 90067
Telephone: 310-596-4344

Attorneys for Defendant
The Lincoln National Life Insurance Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLEY DEVER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-02435-DJC-JDP<br><br>**ORDER ON CLARIFICATION OF THE COURT'S SCHEDULING ORDER** |

Based on the parties' Stipulation and Joint Request for Clarification of the Court's Scheduling Order, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Judgment under F.R.C.P. 52 is due by August 22, 2025;

2. Lincoln's Opposition and Cross-Motion for Judgment Under Rule 52 is due by September 5, 2025;

3. Plaintiff's Reply and Opposition to Lincoln's Rule 52 Cross-Motion is due by September 19, 2025;

4. Lincoln's Reply is due by September 30, 2025.

**IT IS SO ORDERED.**

Dated:  August 11, 2025        /s/ Daniel J. Calabretta
         THE HONORABLE DANIEL J. CALABRETTA
         UNITED STATES DISTRICT JUDGE