# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY DEVER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INS. CO.,<br><br>　　Defendant. | Case No.:   2:24-cv-02435-DJC-JDP<br><br>**ORDER ON JOINT REQUEST TO WAIVE APPEARANCE AND ORAL ARGUMENT ON THE PARTIES' CROSS-MOTIONS FOR JUDGMENT UNDER F.R.C.P. 52**<br><br>Date: October 16, 2025<br>Time: 1:30 p.m.<br>Dept.: Courtroom 7<br><br>Action Filed:  September 6, 2024 |

Pursuant to the stipulation and joint request of the parties, the Court hereby vacates the October 16, 2025 hearing on the parties' cross-motions for judgment under F.R.C.P 52. The motions are hereby taken under submission without oral argument.

　　IT IS SO ORDERED.

Dated: October 8, 2025　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE