UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY DEVER,<br><br>Plaintiff,<br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No: 2:24-CV-02435-DJC-JDP<br>[Honorable Daniel J. Calabretta]<br><br>ORDER GRANTING THE JOINT STIPULATION TO BRIEFLY EXTEND THE DEADLINE TO FILE A MOTION FOR FEES<br><br>Date Action Filed: September 6, 2024 |

- 1 -

**ORDER**

Having reviewed the parties' Joint Stipulation to Briefly Extend the Deadline to File a Motion for Fees, and good cause having been shown, the Court hereby orders that the deadline to file a Motion for Fees has been continued from April 28, 2026 to May 28, 2026.

IT IS SO ORDERED.

Dated:  April 28, 2026            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO BRIEFLY EXTEND THE DEADLINE
TO FILE A MOTION FOR FEES